

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2021

No. 04-20-00391-CV

**IN THE ESTATE OF SHIRLEY L. WIATREK, DECEASED**

From the County Court, Karnes County, Texas
Trial Court No. PR-2019-0025
The Honorable John D. Hutchinson, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or **before March 12, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court